FILED

09/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0165

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 22-0165

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

BRUCE SCHRODER,

      Defendant and Appellant.

FILED

SEP 2 8 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**ORDER** Upon consideration of Appellant's unopposed motion for extension of time, and good cause appearing, IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including November 11, 2023, within which to prepare, file, and serve its Reply to the Appellee's Response in this case.